RECEIVED
IN MONROE, LA

JAN 2 5 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA



# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| FASHUN OU | CIVIL ACTION NO. 06-1373 |
| VERSUS | JUDGE ROBERT G. JAMES |
| DALE DAUZAT, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

Having considered the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 11], noting the absence of objections thereto, and finding that the Magistrate Judge's findings are supported by the law and record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Application for Federal Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1] is DENIED, and Petitioner's Application is DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this ___25___ day of January, 2007.

 

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE